# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:   JIMMY JOE GRAVES
        PAMELA SUE GRAVES

Case No.:   03-62371-abf-13

**Debtors**

### WITHDRAWAL OF APPLICATION TO DEPOSIT FUNDS INTO THE COURT REGISTRY ON BEHALF OF CREDITOR

Comes now Richard V. Fink, Chapter 13 Trustee, and requests the Court withdraw the Trustee's APPLICATION TO DEPOSIT FUNDS INTO THE COURT REGISTRY ON BEHALF OF CREDITOR (document # 113) filed on or about January 30, 2009, and in support thereof states:

1)  On or about January 30, 2009, the trustee filed a(n) APPLICATION TO DEPOSIT FUNDS INTO THE COURT REGISTRY ON BEHALF OF CREDITOR.

The trustee requests that the Court withdraw the APPLICATION TO DEPOSIT FUNDS INTO THE COURT REGISTRY ON BEHALF OF CREDITOR.

Respectfully Submitted,

/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
818 Grand Blvd., Ste. 800
Kansas City, MO 64106-1901

### NOTICE OF SERVICE

Appropriate parties will be served by the Chapter 13 Trustee's office either electronically or by mail.

Groce & Dearmon Pc
1705 N Jefferson
Springfield MO 65803

Max Swain
2004 S Hillock Ct
Ozark MO 65721

/s/ Richard V. Fink, Trustee

JQ   /Withdrawal - Creditor